AO 93 (Rev. 11/13) Search and Seizure Warrant

```
_____ FILED _____ LODGED
_____ RECEIVED
Jul 23, 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. MJ20-5059
Snapchat Account "squeeze10_8", )
more particularly described in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A, attached hereto and incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
See Attachment B, attached hereto and incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before ____March 31, 2020____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____any U.S. Magistrate Judge in West. Dist. of Washington____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 03/17/2020 10:04 am  TLF           /s/ Theresa L. Fricke
                                                             Judge's signature

City and state:  Seattle, Washington                    Theresa L. Fricke, United States Magistrate Judge
                                                          *Printed name and title*

USAO No. 2020R00252

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: MJ20-5059 | Date and time warrant executed: 3/17/20, 11:38 A.M. | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

① 31.3 GB  ZIP FILE, TITLED, "PRODUCTION-70540829-20200707-LOP2P"

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/21/20

Received: 7/23/20
TSW Christel, Mag Judge

Executing officer's signature

BEN HARRISON, SPECIAL AGENT
Printed name and title